# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2942 Disciplinary Docket No. 3 |
| | : | |
| JEFFERY R. PRICE | : | No. 9 DB 2023 |
| | : | |
| | : | (Utah Supreme Court, No. 20220764-SC) |
| | : | |
| | : | Attorney Registration No. 55707 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Jeffery R. Price is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with the provisions of Pa.R.D.E. 217.